209 So.2d 741

**Succession of Velora Agnes HOTARD.**

**No. 49226.**

May 2, 1968.

In re: Phebus N. Hotard applying for writs of certiorari, prohibition and mandamus.

The application is denied. This court will not interfere with orderly procedure during the trial of a case save and except when the ruling complained of is palpably erroneous and then only when irreparable injury will ensue. No such showing has been made.

209 So.2d 741

**STATE of Louisiana**

**v.**

**Edgar L. COLEMAN.**

**No. 49222.**

May 9, 1968.

In re: Edgar L. Coleman applying for writs of certiorari, mandamus and prohibition.

Writ denied. There are no perfected bills of exceptions in the record. See LSA-C.Cr.P. Art. 844 and State v. Foret, 245 La. 70, 156 So.2d 606, 245 La. 187, 157 So.2d 733. We observe no error patent on the face of those portions of the record included in the application.